FILED
8-19-08
AUG 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE KOCORAS

MAGISTRATE JUDGE KEYS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 662 |
| ) | |
| vs. ) | |
| ) | Violations: Title 18, United States |
| JURELL D. NEAL ) | Code, Sections 472, 922(a)(6), |
| ) | and 922(g)(1) |

## COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about June 8, 2006, at Matteson, in the Northern District of Illinois, Eastern Division,

JURELL D. NEAL,

defendant herein, with intent to defraud, did keep in possession falsely made, forged, counterfeited, and altered obligations of the United States, namely, approximately $6,000 in counterfeit Federal Reserve Notes;

In violation of Title 18, United States Code, Section 472.

## **COUNT TWO**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about June 10, 2005, at Lansing, in the Northern District of Illinois, Eastern Division,

JURELL D. NEAL,

defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess two firearms, namely, a Glock, Model 22, .40 caliber handgun bearing serial number CNA305, and a Taurus, Model PT-745, .45 caliber handgun bearing serial number NYA55494, which were in and affecting interstate commerce in that both firearms had traveled in interstate commerce prior to defendant's possession of said firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about January 31, 2006, at Lansing, in the Northern District of Illinois, Eastern Division,

JURELL D. NEAL,

defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, an Astra, Model A-100, .40 caliber handgun bearing serial number X8795, which was in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of said firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about May 23, 2006, at Lansing, in the Northern District of Illinois, Eastern Division,

JURELL D. NEAL,

defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Magnum Research, Model Baby Eagle, .40 caliber handgun bearing serial number 34316090, which was in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of said firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT FIVE**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about June 8, 2006, at Matteson, in the Northern District of Illinois, Eastern Division,

JURELL D. NEAL,

defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Romarm Cugir, model WASR-10, 7.62 x 39 caliber rifle bearing serial number SAK-0070-81, which was loaded with forty rounds of 7.62 x 39 caliber ammunition, and which was in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of said firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about June 7, 2005, at Lansing, in the Northern District of Illinois, Eastern Division,

### JURELL D. NEAL,

defendant herein, in connection with his acquisition of two firearms, namely, a Glock, Model 22, .40 caliber handgun bearing serial number CNA305, and a Taurus, Model PT-745, .45 caliber handgun bearing serial number NYA55494, from a licensed dealer, knowingly made a false and fictitious written statement intended and likely to deceive that licensed dealer with respect to a fact material to the lawfulness of the sale of the firearm, namely, defendant certified on a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he had never been convicted of a felony, or any other crime, for which a judge could have imprisoned defendant for more than one year, when in fact, as the defendant then well knew, he had previously been convicted of such a crime in Michigan in or around June 2002;

In violation of Title 18, United States Code, Sections 922(a)(6).

## **COUNT SEVEN**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about January 27, 2006, at Lansing, in the Northern District of Illinois, Eastern Division,

### JURELL D. NEAL,

defendant herein, in connection with his acquisition of a firearm, namely, an Astra, Model A-100, .40 caliber handgun bearing serial number X8795, from a licensed dealer, knowingly made a false and fictitious written statement intended and likely to deceive that licensed dealer with respect to a fact material to the lawfulness of the sale of the firearm, namely, defendant certified on a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he had never been convicted of a felony, or any other crime, for which a judge could have imprisoned defendant for more than one year, when in fact, as the defendant then well knew, he had previously been convicted of such a crime in Michigan in or around June 2002;

In violation of Title 18, United States Code, Sections 922(a)(6).

## **COUNT EIGHT**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about May 15, 2006, at Riverdale, in the Northern District of Illinois, Eastern Division,

JURELL D. NEAL,

defendant herein, in connection with his acquisition of a firearm, namely, a Romarm Cugir, model WASR-10, 7.62 x 39 caliber rifle bearing serial number SAK-0070-81, from a licensed dealer, knowingly made a false and fictitious written statement intended and likely to deceive that licensed dealer with respect to a fact material to the lawfulness of the sale of the firearm, namely, defendant certified on a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he had never been convicted of a felony, or any other crime, for which a judge could have imprisoned defendant for more than one year, when in fact, as the defendant then well knew, he had previously been convicted of such a crime in Michigan in or around June 2002;

In violation of Title 18, United States Code, Sections 922(a)(6).

## **COUNT NINE**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about May 16, 2006, at Lansing, in the Northern District of Illinois, Eastern Division,

JURELL D. NEAL,

defendant herein, in connection with his acquisition of a firearm, namely, a Magnum Research, Model Baby Eagle, .40 caliber handgun bearing serial number 34316090, from a licensed dealer, knowingly made a false and fictitious written statement intended and likely to deceive that licensed dealer with respect to a fact material to the lawfulness of the sale of the firearm, namely, defendant certified on a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he had never been convicted of a felony, or any other crime, for which a judge could have imprisoned defendant for more than one year, when in fact, as the defendant then well knew, he had previously been convicted of such a crime in Michigan in or around June 2002;

In violation of Title 18, United States Code, Sections 922(a)(6).

## **FORFEITURE ALLEGATION**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1.  The allegations contained in Counts Two through Nine of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.  As a result of his violations of Title 18, United States Code, Sections 922(a)(6) and 922(g)(1), as alleged in Counts Two through Nine of the foregoing Indictment,

JURELL D. NEAL,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3.  The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) includes:

   a Romarm Cugir, model WASR-10, 7.62 x 39 caliber rifle bearing serial number SAK-0070-81;

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____

_____
UNITED STATES ATTORNEY