**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                                       Plaintiff,

v.                                                      Case No.: 1:08−cr−00662
                                                      Honorable Charles P. Kocoras

Jurell D Neal
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Arraignment as to Jurell D Neal (1) held on 8/26/2008. James A. Graham is appointed counsel for defendant. Defendant enters a plea of not guilty to all counts (Counts 1,2−5,6−9). Defendant is given to 10/7/2008 to file any pretrial motions. Status hearing set for 10/7/2008 at 9:30 a.m. In the interest of justice, 8/26/2008 to 10/7/2008 is excludable time under 18:3161(h)(8)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.