MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
United States vs.  

Jurell Neal

Case Number: 08 CR 662

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jurell Neal

FILED  
8-26-2008  
AUG 26 2008  
Judge Charles P. Kocoras  
United States District Court

| | |
|---|---|
| NAME (Type or print) James A. Graham | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM  Law Office of James A. Graham | |
| STREET ADDRESS  53 W. Jackson Blvd., Ste 703 | |
| CITY/STATE/ZIP  Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6184279 | TELEPHONE NUMBER  (312) 922-3777 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]     APPOINTED COUNSEL [X] | |